IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLTON KEN HERBERT,

    Petitioner,

v.                                                      Case No. 1:20-cv-25-AW-GRJ

J K IRBY, ALACHUA
COUNTY CLERK,

    Respondent.

_____/

# O R D E R

I have considered the magistrate judge's April 7, 2020 Report and Recommendation. ECF No. 7. There have been no objections. I have determined the Report and Recommendation should be adopted, and it is incorporated into this order. The clerk will enter a judgment saying, "The Petition for Writ of Habeas Corpus is dismissed as premature and pursuant to the *Younger* abstention doctrine." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on May 10, 2020.

                                                s/ *Allen Winsor*
                                                United States District Judge